IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No.: 1:20-CV-51

| | |
|---|---|
| DANNY BERNARD PEARSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES S. MCDONALD, Sheriff of Henderson County, in his individual and official capacity; DEPUTY SHERIFF TODD MCCRAIN, in his individual and official capacity; DEPUTY SHERIFF THOMAS HARPER, in his individual and official capacity; other unknown/unidentified agents of the Henderson County Sheriff, in their individual and official capacities; and THE OHIO CASUALTY INSURANCE COMPANY, a Subsidiary of LIBERTY MUTUAL, INC.,<br><br>Defendants. | **JOINT CERTIFICATION AND REPORT OF FED. R. CIV. P. 26(f) CONFERENCE AND DISCOVERY PLAN** |

1. <u>Certification of Conference</u>. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 2, 2020 by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. <u>Pre-Discovery Disclosures</u>. Information required by Fed. R. Civ. P. 26(a)(1) shall be exchanged within 45 days of the commencement of discovery.

3. The parties therefore jointly propose to the Court the following discovery plan:

    a) The discovery period shall commence on March 15, 2020.

    b) The Parties agree to determine the date for commencement and completion date for depositions at a later.

    c) All discovery, including fact and expert, shall be completed by December 15, 2020.

1

d) The Parties agree to conduct discovery in accordance with any limits with respect to number of interrogatories, requests for production of documents, requests for admissions, and depositions as set forth in the Federal Rules of Civil Procedure.

e) Reports from retained experts under Rule 26(a)(2) will be due:

-from Plaintiff, by October 15, 2020 on the Plaintiff's certification.
-from Defendants, by November 16, 2020.

f) Supplementations under Rule 26(e) due within 30 days of discovery of information needed to be supplemented.

4. Other Items.

a) The Parties [ ] request [ x ] do not request a conference with the Court before entry of the scheduling order.

b) All potentially dispositive motions should be filed within 30 days of the completion of the discovery period.

c) Settlement:

[ x ] cannot be evaluated prior to the end of discovery
[ x ] may be enhanced by use of the following ADR procedure:
[ x ] mediated settlement conference

The parties agree that the above selected ADR procedure would be most useful if conducted:

[ x ] after the completion of discovery. The Parties have discussed selection of a mediator, and agree to use Wayne Huckel of Charlotte, North Carolina.

d) Pretrial submissions:

1) Final lists of witnesses and exhibits under Rule 26(a)(3) are due: from Plaintiff and Defendants by 30 days before trial.

2) Stipulations are due one week before the pretrial conference.

e) The deadline for joining additional parties is June 15, 2020.

f) If the case is ultimately tried, trial is expected to take approximately 7 days.

g) The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [ ] there is [ x ] there is not unanimous consent.

2

> *[If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)].*

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):

   a) The Parties agree that a protective order may become necessary with respect to confidential and personal information produced in discovery, such as personnel files, and the Parties agree to designate such information "CONFIDENTIAL" until entry of an appropriate protective order should one become necessary.

This the 12th day of March, 2020.

/s/*James E. Ferguson II*
James E. Ferguson, II
Ferguson, Chambers & Sumter, PA
309 E. Morehead Street
Suite 110
Charlotte, North Carolina 28202

*Counsel for Plaintiff*

/s/*Paul L. Bidwell*
Paul L. Bidwell
Bidwell & Walters, PA
207 Hillside Street
Asheville, North Carolina 28801

*Counsel for Plaintiff*

/s/*Patrick H. Flanagan*
Patrick H. Flanagan
Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, North Carolina 28202

*Counsel for Thomas Harper in his individual capacity*

s/*Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
Michael A. Ingersoll (NCSB No. 52217)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
E-mail: Sean.Perrin@wbd-us.com
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Defendants Charles McDonald, Todd McCrain, Thomas Harper in his official capacity, Ohio Casualty Insurance Company, and Liberty Mutual, Inc.*