IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00051-MR-WCM

| | | |
|---|---|---|
| DANNY BERNARD PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CHARLES S. MCDONALD, Sheriff of Henderson County, in his individual and official capacity; DEPUTY SHERIFF TODD MCCRAIN, in his individual and official capacity; DEPUTY SHERIFF THOMAS HARPER, in his individual and official capacity; other unknown/unidentified agents of the Henderson County Sheriff, in their individual and official capacities; and THE OHIO CASUALTY INSURANCE COMPANY, a Subsidiary of LIBERTY MUTUAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants Sheriff Charles McDonald, Deputy Sheriff Todd McCrain, Deputy Sheriff Thomas Harper, "other unknown/unidentified agents of the Henderson County Sheriff," and The Ohio Casualty Insurance Company on January 3, 2020. [Doc. 1-1]. On

February 14, 2020, Defendants McDonald, McCrain, Harper, and The Ohio Casualty Insurance Company removed the case to this Court. [Doc. 1]. These Defendants then filed their Answer to the Plaintiff's Complaint. [Doc. 3]. There is nothing in the record to indicate, however, that the Plaintiff has served or attempted to serve "the unknown/unidentified agents of the Henderson County Sheriff."

Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The Plaintiff is hereby placed on notice that unless good cause is shown to the Court for his failure to effect service of the Summons and Complaint on the Defendants identified as "the unknown/unidentified agents of the Henderson County Sheriff" within fourteen (14) days from service of this Order, the Plaintiff's action against these Defendants shall be dismissed without prejudice without further order.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall show good cause within fourteen (14) days of service of this Order for the failure to effect service on the Defendants identified as "the unknown/unidentified agents of the Henderson County Sheriff." Failure of the Plaintiff to respond in writing within fourteen (14) days shall result in a dismissal without prejudice of this action without further order of the Court.

**IT IS SO ORDERED.**

Signed: May 22, 2020

Martin Reidinger
United States District Judge