IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-CV-00051-MR-WCM

| | |
|---|---|
| DANNY BERNARD PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES S. MCDONALD, Sheriff of Henderson County, in his individual and official capacity; DEPUTY SHERIFF TODD MCCRAIN, in his individual and official capacity; DEPUTY SHERIFF THOMAS HARPER, in his individual and official capacity; other unknown/unidentified agents of the Henderson County Sheriff, in their Individual and official capacities; and THE OHIO CASUALTY INSURANCE COMPANY, a Subsidiary of LIBERTY MUTUAL, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES Plaintiff, Danny Bernard Pearson, by and through his undersigned counsel, in response to an Order to Show Cause (Doc. 9) entered on the 26th day of May, 2020, by the Honorable Martin Reidinger, United States District Judge, and shows the Court as follows:

That Plaintiff, by and through counsel, filed a Notice of Voluntary Dismissal Without Prejudice of all claims against "other unknown/unidentified agents of the Henderson County Sheriff, in their individual and official capacities," in Henderson County, North Carolina, file

1

number 20 CVS 12, on February 14, 2020, at 10:51 a.m. See attached Exhibit "A." The foregoing filing was prior to the filing/service of the Notice of Removal of Action Under 28 U.S.C. 1441(b) (Doc. 1) on February 14, 2020, at 12:47pm. The undersigned had a good faith belief that the voluntary dismissal filed in the state court matter prior to removal to the Federal Court rendered moot the necessity of effectuating service upon the dismissed parties upon removal. In the event that further action is required, Plaintiff will comply as instructed but otherwise has no objection to the entry of Dismissal Without Prejudice by this Court against "other unknown/unidentified agents of the Henderson County Sheriff, in their individual and official capacities," if procedure so requires.

This 4th day of June, 2020.

/s/ James E. Ferguson, II
James E. Ferguson, II
Ferguson, Chambers & Sumter, PA
309 East Morehead Street, Suite 110
Charlotte, North Carolina 28202
Telephone: 704/375-8461
Facsimile: 980/938-4867
fergietwo@aol.com

/s/ Paul L. Bidwell
Paul L. Bidwell
Bidwell & Walters, PA
207 Hillside Street
Asheville, North Carolina 28801
Telephone: 828/252-0490
Facsimile: 828/412-4390
plbparalegal@bidwellwaltersattorneys.com

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

>Patrick H. Flanagan
>Cranfill, Sumner & Hartzog LLP
>Post Office Box 30787
>Charlotte, North Carolina 28230
>Telephone:     704/332-8300
>Facsimile:     704/332-9994
>phf@cshlaw.com
>Attorney for Defendant Thomas Harper in his individual Capacity
>
>Sean F. Perrin
>Michael A. Ingersoll
>Womble Bond Dickinson (US) LLP
>One Wells Fargo Center
>Suite 350
>301 South College Street
>Charlotte, North Carolina 28202-6037
>Telephone:     704/331-4992
>Facsimile:     704/621-6177
>Sean.perrin@SBD-us.com
>Mike.ingersoll@wbd-us.com
>Attorneys for Charles McDonald, Todd McCrain, Thomas Harper, in his official capacity; Ohio Casualty Insurance Company, and Liberty Mutual, Inc.

This 4th day of June, 2020.

>/s/ Paul L. Bidwell
>Paul L. Bidwell
>Bidwell & Walters, PA
>207 Hillside Street
>Asheville, North Carolina 28801
>Telephone:     828/252-0490
>Facsimile:     828/412-4390
>plbparalegal@bidwellwaltersattorneys.com

3