# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CASE NO. 20-CV-51

| | |
|---|---|
| DANNY PEARSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT NOTICE OF** |
| CHARLES MCDONALD ET. AL. ) | **SETTLEMENT OF ALL CLAIMS** |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

NOW COME the Parties to this matter, and do hereby respectfully report to the Court that they have reached an agreement to resolve all claims in this lawsuit. The settlement documents are being prepared and are expect to be finalized within two weeks.

This the 11th day of January 2021.

/s/     Paul Bidwell

/s/     James Ferguson

/s/     Sean Perrin

/s/     Pat Flanagan