UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:20-CV-51

| | |
|---|---|
| DANNY BERNARD PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES S. MCDONALD, Sheriff of | ) |
| Henderson County, in his individual and | ) |
| official capacity;  DEPUTY SHERIFF | ) |
| TODD MCCRAIN, in his individual | ) |
| and official capacity;  DEPUTY | ) |
| SHERIFF THOMAS HARPER, in his | ) |
| individual and official capacity;  other | ) |
| unknown/unidentified agents of the | ) |
| Henderson County Sheriff, in their | ) |
| Individual and official capacities;  and | ) |
| THE OHIO CASUALTY INSURANCE | ) |
| COMPANY, a Subsidiary of LIBERTY | ) |
| MUTUAL, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Danny

Pearson and Defendants Charles S. McDonald, Deputy Sheriff Todd McCrain, Sheriff Thomas

Harper, The Ohio Casualty Insurance Company and Liberty Mutual, Inc., through their respective

counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, with

each party to bear their own costs.

This 5th day of February, 2021.

| | |
|---|---|
| /s/ James E. Ferguson, II<br>James E. Ferguson<br>Ferguson, Chambers & Sumter, PA<br>309 East Morehead Street, Suite 110<br>Charlotte, North Carolina 28202<br>Telephone:   704/375-8461<br>Facsimile:   980/938-4867<br>fergietwo@aol.com<br><br>/s/ Paul L. Bidwell<br>Paul L. Bidwell<br>Bidwell & Walters, PA<br>207 Hillside Street<br>Asheville, North Carolina 28801<br>Telephone:   828/252-0490<br>Facsimile:   828/412-4390<br>plbparalegal@Bidwellwaltersattorneys.com<br><br>***Attorneys for Plaintiff*** | /s/ Patrick H. Flanagan<br>Patrick H. Flanagan<br>Cranfill, Sumner & Hartzog LLP<br>Post Office Box 30787<br>Charlotte, North Carolina 28230<br>Telephone:   704/332-8300<br>Facsimile:   704/332-9994<br>phf@cshlaw.com<br>***Attorney for Defendant Thomas Harper in his individual Capacity***<br><br>/s/ Sean Perrin<br>Sean F. Perrin<br>Womble Bond Dickinson (US) LLP<br>One Wells Fargo Center<br>Suite 350<br>301 South College Street<br>Charlotte, North Carolina 28202-6037<br>Telephone:   704/331-4992<br>Facsimile:   704/621-6177<br>Sean.perrin@SBD-us.com<br>Mike.ingersoll@wbd-us.com<br>***Attorneys for Charles McDonald, Todd McCrain, Thomas Harper, in his official capacity; Ohio Casualty Insurance Company, and Liberty Mutual, Inc.*** |